UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:04CR05-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MARVIN HAROLD WITHERSPOON, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the government's motion to include forfeiture of the sum of $25,000, as provided in defendant's plea agreement and previously paid to the government, in the judgment in this case. It appears that such a provision is consistent with Fed. R. Crim. P. 32.2(b)(3) and that defendant, through counsel, has consented to this motion.

IT IS THEREFORE ORDERED that the Clerk shall include forfeiture of this $25,000 in the appropriate part of the judgment to be entered in this case as to this defendant.

This the 27th day of June, 2005.

RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE